# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                                                               **Case No. 6:13-cv-882-Orl-36DAB**

**DANIEL M. MASTRAPA,**

        **Defendant.**
_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ENTRY OF DEFAULT JUDGMENT (Doc. No. 8)**
>
> **FILED:** July 17, 2013
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part and **DENIED** in part.

On June 7, 2013, the United States, on behalf of the Department of Education (the "Department"), sued Defendant for defaulting on a student loan (Doc. 1). The Department obtained the entry of Clerk's default against Defendant pursuant to Federal Rule of Civil Procedure 55(a), when Defendant failed to file an answer (Doc. 7). The Department now moves for a default judgment for amounts owed under the student loan agreement costs incurred, and has filed supporting Declarations and a proposed Default Final Judgment. The matter is now ripe for resolution.

The Court finds that Defendant's failure to timely respond to the Complaint and subsequent entry of default served to admit the well pled allegations of the Complaint. *Art Schmidlin v. Apex*

*Mortgage Services, LLC*, 2008 WL 976158, *1 (M.D. Fla. 2008) (citing *Cotton v. Mass. Mut. Life Insurance Co.*, 402 F.3d 1267, 1278 (11th Cir. 2005). The Department has submitted a Certificate of Indebtedness, prepared and submitted on behalf of the Department (and attached to the Complaint), and a Declaration for Entry of Default Judgment (Doc. 8 at 8), all duly certified under penalty of perjury. According to the evidence, as of July 15, 2013, there is due and owing to Plaintiff from defendant $10,438.75 unpaid principal, plus $7,861.78 in interest at the rate of 8.25% through July 15, 2013 for (Claim No. 2010A84032). Plaintiff's counsel avers that the Department has also incurred service of process costs in the amount of $35.00 and seeks "attorney's fees" in the amount of $1,240.00. The Department thus seeks judgment in the total amount of $19,575.53. The Court **recommends** that the motion be **granted, as to the principal, interest and service costs; and denied, as to the attorney's fee "cost."**

Plaintiff's counsel presents the requested attorney's fee as part of the Bill of Costs brought under 28 U.S.C. § 1920. This statutory provision does not provide for an award of attorney's fees. Perhaps recognizing this, Plaintiff's counsel has provided a Declaration of Attorney's Fees (Doc. 8 at 6-7), which includes a statement that "Plaintiff's counsel is entitled to attorney's fees pursuant to contract." A default judgment, however, must not differ in kind from, or exceed in amount, what is demanded in the pleadings. Federal Rule 54(c), Fed. R. Civ. P. (2013). Plaintiff's Complaint does not include any allegations regarding a contractual entitlement to an attorney's fee. Indeed, the Certificate of Indebtedness attached to the Complaint does not note any such entitlement, nor is the "contract" provided as evidence to the Court. Under these circumstances, counsel's request for a fee is overreaching. Plaintiff has not shown entitlement to any fee award here.

In view of all of the foregoing, it is respectfully **RECOMMENDED** that final judgment be entered in the Department's favor against Defendant in the amount of $10,438.75 unpaid principal,

plus $7,861.78 in interest at the rate of 8.25% through July 15, 2013 for (Claim No. 2010A84032) in accordance with the supporting documentation, together with the sum of $35.00 in taxed costs.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 7, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy