UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                                     Case No:  6:13-cv-882-Orl-36DAB

**DANIEL M. MASTRAPA,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on August 28, 2013 (Doc. 11).  In the Report and Recommendation, Magistrate Judge Baker recommends that Plaintiff United States of America's ("Plaintiff") Amended Motion for Entry of Default Judgment ("Amended Motion for Default Judgment") (Doc. 10) be granted in part and denied in part.  *See* Doc. 11.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

On July 10, 2013, default was entered against Defendant Daniel M. Mastrapa ("Defendant"), pursuant to Federal Rule of Civil Procedure 55(a).  Doc. 7.  On August 15, 2013, Plaintiff filed its Amended Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).  Doc. 10.  Defendant did not respond to Plaintiff's Amended Motion for Default Judgment.  The Court is in agreement with the Magistrate Judge's determination of the amount owed by Defendant to the U.S. Department of Education.  *See* Doc. 11.  The Court also agrees that Plaintiff has failed to demonstrate its entitlement to attorney's fees.  *See id*.  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the

opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Amended Motion for Entry of Default Judgment (Doc. 10) is **GRANTED in part and DENIED in part**. Plaintiff is awarded damages against Defendant in the amount of $10,438.75 in unpaid principal, plus $7,920.77 in interest at the rate of 8.25% per annum through August 9, 2013, and $35.00 in taxable costs, for a total award of $18,394.52.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 16, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker